# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL RAY LOPEZ,<br><br>Defendant. | Case No. 3:23-cr-00008-ART-CLB<br><br>**Order Granting Government's Motion to Dismiss the Indictment Without Prejudice [ECF No. 26]** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant, Angel Ray Lopez.

Leave of Court is granted for the filing of the above dismissal.

It is further ordered that the defendant shall be immediately released from custody.

DATED this 27th day of June, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE